**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 12-cv-01894-WJM-KMT          FTR - Courtroom C-201

**Date:** October 23, 2012                                   Deputy Clerk, Nick Richards

KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,     Peter James Gillespie
a foreign corporation,

                    Plaintiff,

v.

JEFFREY PENNEY, an individual,                        Kris John Kostolansky
                                                                      Joshua Fredrick Bugos

                    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**SCHEDULING CONFERENCE AND MOTION HEARING**
**Court in Session: 9:15 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Relief Based on Defendant's Failure to
Participate in Framing a Discovery Plan [Doc. No. 29, filed October 11, 2012].

It is **ORDERED**:       Plaintiff's Motion for Relief [29] is **GRANTED IN PART**. The motion
                         is **DENIED** as to sanctions.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE.

<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: November 15, 2012
Discovery Cut-off: February 1, 2013
Dispositive Motions Deadline: March 8, 2013
Each side shall be limited to 2 expert witnesses.
Disclosure of Affirmative Experts: December 1, 2012
Disclosure of Rebuttal Experts: January 3, 2013
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.

Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 10 depositions, including experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE OR EARLY NEUTRAL EVALUATION** set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **May 7, 2013 at 10:15 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

Discussion regarding Plaintiff's Motion to Compel Subpoena Compliance by Professional Parts Group, LLL [Doc. No. 20, filed October 4, 2012], Plaintiff's Motion to Compel and for Other Relief Based on Defendant's Failure to Cooperate with Discovery [Doc. No. 23, filed October 8, 2012], and a motion yet to be filed in this matter.

The court notes it will not rule on any pending motions at this time.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:03 a.m.**
Total In-Court Time:   00:48        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.